**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARY BECKWORTH, ) | |
| ) | |
|     Plaintiff, ) | Civil Action No.: 5:18-cv-849 |
| ) | |
| v. ) | Judge: S. Maurice Hicks |
| ) | |
| USI SOLUTIONS, INC., ) | Magistrate: Mark L. Hornsby |
| ) | |
|     Defendant. ) | |

### MOTION TO DISMISS WITHOUT PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION

Plaintiff, Mary Beckworth ("Plaintiff"), through undersigned counsel, requests this Honorable Court dismiss this action without prejudice and retain jurisdiction thereof, and states the following in support thereof:

1. Plaintiff filed her complaint against defendant, USI Solutions, Inc. ("Defendant") on June 26, 2018.

2. Plaintiff attempted service on Defendant at the address registered with the Louisiana Secretary of State, only to find a vacant storefront.

3. Plaintiff attempted service on Defendant again at the address listed on Defendant's website, only to find a commercial complex where Defendant was not listed on the directory and was unknown to a complex employee.

4. Plaintiff intends to prosecute her claims against Defendant if Defendant can be found, however, Plaintiff and undersigned counsel are unaware of Defendant's whereabouts or commercial viability at this time.

5. Dismissal of this action without prejudice is appropriate without court order pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) because Defendant has not served an answer or motion for summary judgment on Plaintiff.

6. Plaintiff additionally requests this Honorable Court retain jurisdiction over this action so, upon good cause shown, she may reopen this action by motion.

7. This motion is not for the purpose of prejudice, cost, or delay.

WHEREFORE Plaintiff respectfully requests this Honorable Court dismiss this action without prejudice and retain jurisdiction thereof.

DATED: October 16, 2018         RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq., T.A. #36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff